IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00511 |

### DECLARATION OF JONATHAN E. MAIER

I, JONATHAN E. MAIER, hereby declare as follows:

1. I am Senior Litigation Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. I make this declaration based on my personal knowledge and through consultation with my colleagues at CREW and review of CREW's files.

2. CREW, a non-profit, non-partisan organization organized under section 501(c)(3) of the Internal Revenue Code, is committed to protecting the rights of citizens to be informed about the activities of government officials and agencies, ensuring the integrity of government officials and agencies, and empowering citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

3. To advance its mission, CREW uses a combination of research, litigation, and advocacy. As part of those efforts, CREW uses government records it obtains under the Freedom of Information Act ("FOIA").

4. CREW disseminates information to the public obtained through FOIA in several ways. CREW reviews and analyzes the records it receives in relation to newsworthy developments regarding, among others, government ethics, corruption, and the influence of money in politics. CREW uses these records to create editorial content, such as reports and commentary, to educate the public about these issues. CREW publishes the aforementioned educational content on its website that receives hundreds of thousands of page views per month.

5. Because of its reliance on records obtained through FOIA, CREW has a strong operational interest in agencies' compliance with their recordkeeping obligations under the Federal Records Act ("FRA"). The unlawful destruction, alienation, or removal of federal records relevant to CREW's work impedes its ability to fulfill its mission and its informational rights under FOIA.

6. Consistent with its regular practice, CREW intends to disseminate records it receives in response to the FOIA requests that are the subject of this litigation to the public.

7. On December 19, 2024, CREW submitted a FOIA request to OMB ("First OMB Request") for records from November 5, 2024 to the date the request is processed reflecting communications between employees of those agencies and various officials purporting to have an affiliation with DOGE, between employees of those agencies and individuals purporting to have an affiliation with the "Delivering Outstanding Government Efficiency Caucus," communications within those agencies about "DOGE" and related terms, and other DOGE-related documents. A true and correct copy of First OMB Request is attached as Exhibit A.

8. On December 20, 2024, OMB acknowledged receipt of the First OMB Request through email and assigned it tracking number 2025-373. A true and correct copy of the acknowledgment email is attached as Exhibit B.

9. On January 24, 2025, CREW submitted a separate expedited FOIA request to OMB ("Second OMB Request") seeking, among other things, records related to changes to the operations of the U.S. Digital Service and U.S. DOGE Service (referred to jointly as "USDS"), performance evaluations, ethics waivers and pledges, financial disclosures, various USDS-related communications, letters and inquiries from Congress, organizational charts, documents related to the scope of USDS's work and authority, and budget information. A true and correct copy of the Second OMB Request is attached as Exhibit C.

10. Also on January 24, 2025, CREW submitted an expedited FOIA request to USDS ("USDS Request") seeking, among other things, records related to changes to the operations of USDS, organizational charts, financial disclosures, communications involving the USDS Administrator, OMB, and agencies outside of the Executive Office of the President, and Congress, and budget information and other information relevant to the newly-formed USDS. CREW submitted the USDS Request through OMB's FOIA office. A true and correct copy of the USDS Request is attached as Exhibit D.

11. On January 24, 2025, OMB acknowledged receipt of both FOIA requests through email and granted the request to OMB tracking number 2025-574 and the request to USDS tracking number 2025-573. A true and correct copy of the acknowledgement emails are attached as Exhibit E & F.

12. On January 28, 2025, CREW submitted a request for expedited processing of the First OMB Request (No. 2025-373). A true and correct copy of the expedited processing request is attached as Exhibit G.

13. On January 29, 2025, OMB granted expedited treatment for the Second OMB Request and the USDS Request, stating that "the granting of expedited processing does not

guarantee that your request will be completed by a date certain." A true and correct copy of the letters granting expedited processing are attached as Exhibit H & I.

14. On February 7, 2025, CREW sent a letter to OMB and USDS, through the OMB FOIA office, requesting the production of the records requested in the Second OMB Request, (No. 2025-574) and the USDS Request (No. 2025-573) sufficiently in advance of the March 14, 2025 expiration of the current continuing resolution funding the federal government, but no later than March 1, 2025. A true and correct copy of the letter is attached as Exhibit J.

15. To date, OMB has not responded to CREW's February 7 letter.

16. On February 11, 2025, CREW sent a letter to OMB requesting expedited processing and production by date certain of the records requested in the First OMB Request, on the same grounds described in its February 7, 2025 letter. A true and correct copy of the letter is attached as Exhibit K.

17. On February 14, 2025, OMB granted expedited treatment for the First OMB Request, acknowledging receipt of the February 11, 2025 letter but stating that "the granting of expedited processing does not guarantee that your request will be completed by a date certain." A true and correct copy of the letter granting expedited processing is attached as Exhibit L.

18. CREW's ability to obtain the requested public records promptly and without undue delay are essential to its mission to promote government transparency and accountability and to disseminate information about government activity to the public. Absent timely production of relevant records, CREW is unable to satisfy its mission to inform the public about matters of significant public interest and importance.

19. The records CREW seeks were of significant import to the nation. Congressional consideration of any legislation to continue to fund the government beyond March 14, 2025,

including the required consideration of any appropriations bill on the floors of the House and Senate and reconciliation, will soon begin, if not already begun. The records requested by CREW, regarding USDS's organization and communications, are critical for the American public to have an informed engagement with the appropriations process.

20. CREW intends to submit additional FOIA requests to USDS and other agencies to better understand the scope and nature of USDS's operations.

21. In a January 15, 2025 letter, CREW requested that the Archivist and acting Director of OMB promptly comply with their statutory duties to investigate the potential unauthorized destruction of federal records of DOGE's Signal communications and initiate a DOJ enforcement to recover any records that might have been destroyed. A true and correct copy of the letter is attached as Exhibit M.

22. To date, neither NARA nor OMB have responded to this letter.

23. In a January 27, 2025 letter, CREW again requested that the Archivist, the acting Director of OMB, and the Administrator of USDS promptly comply with their statutory duties to investigate the potential unauthorized destruction of federal records of DOGE's Signal communications and initiate a DOJ enforcement to recover any records that might have been destroyed. A true and correct copy of the letter is attached as Exhibit N.

24. To date, NARA, OMB, and USDS have not responded to this letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2025          Respectfully submitted,

                                  /s/ Jonathan E. Maier
                                  Jonathan E. Maier