IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00511 |

**[Proposed] Order**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, and the entire record herein, ECF No. ___, for the reasons stated on the record in the Court's March ___, 2025 motion hearing, it is hereby it is hereby:

**ORDERED** that Plaintiff's Motion for Preliminary Injunction is GRANTED;

and it is further

**ORDERED** that Defendants fully process and produce all non-exempt records responsive to FOIA Request Nos. 2025-373, 2025-573 & 2025-574, along with a *Vaughn* index, by sufficiently in advance of March 14, 2025, no later than March 10, 2025; and

**ORDERED** that Defendants preserve all potentially responsive and relevant records pending final resolution of the case, inclusive of appeals.

SO ORDERED.

Date: _____                                             _____
                                                           Hon. _____
                                                           United States District Judge