CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Citizens for Responsibility and Ethics in Washington | ) ) ) ) | |
| Plaintiff | ) ) | |
| vs | ) | Civil Action No._____ |
| U.S. DOGE Service; Administrator of the U.S. DOGE Service; Elon Musk; Office of Management and Budget; Russell Vought; National Archives and Records Administration; Marco Rubio | ) ) ) ) ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Citizens for Responsibility and Ethics in Washington  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Citizens for Responsibility and Ethics in Washington  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ *Nikhel S. Sus*
Signature

1017937
BAR IDENTIFICATION NO.

Nikhel S. Sus
Print Name

P.O. Box 14596
Address

Washington    DC    20044
City    State    Zip Code

(202) 408-5565
Phone Number