**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

February 25, 2025

Crew Staff
Citizens for Responsibility and Ethics in Washington

Sent via email: foia@citizensforethics.org

Dear Crew Staff,

    This letter is in response to your Freedom of Information Act request dated January 24, 2025 addressed to the "U.S. DOGE Service c/o Office of Management and Budget" (OMB). OMB assigned tracking number 2025-573 to this U.S. DOGE Service request. FOIA request 2025-573 is substantially similar to another request you submitted to OMB also on January 24, 2025, which sought records of OMB's United States Digital Service dating back to 2014. The request to OMB is assigned tracking number 2025-574.

    We have examined both requests and conclude the request number 2025-573 that was submitted to U.S. DOGE Service was misdirected to OMB. Your FOIA request states that "[o]n January 24, 2025, CREW contacted the OMB FOIA Requester Service Center to ask how to submit a FOIA request to United States DOGE Service. CREW was directed to submit the request through OMB at ombfoia@omb.eop.gov." We have checked with the individuals who monitor the OMB FOIA Requester Service Center, and they do not recall agreeing to accept FOIA requests specifically on behalf of DOGE. It is possible that the request was interpreted as a request for USDS records, which could have been interpreted to mean legacy-U.S. Digital Service records belonging to OMB. OMB's FOIA webpage was down on the date of the alleged conversation, and, during the time the webpage was unavailable, we are aware of calls from other requesters to the White House Operator to inquire where to submit FOIAs to legacy-USDS. We regret this misunderstanding. The U.S. DOGE Service is not housed within OMB. As such, OMB is administratively closing your FOIA request 2025-573 within OMB.

    Although OMB is not required to forward misdirected requests outside our agency, due to the extenuating circumstances described above, we are forwarding it to the U.S. DOGE Service for their consideration. You may reach the U.S. DOGE Service at admin@doge.eop.gov for further information about the forwarded request.

Sincerely,

Shraddha Upadhyaya
Associate General Counsel