Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. DOGE Service

was received by me on *(date)*    February 27, 2025    .

❏   I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏   I returned the summons unexecuted because _____ ; or

☒   Other *(specify):*  I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
     Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,    .
     OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   February 28, 2025

/s/ Nikhel S. Sus
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs >**

**Remove ✕**

Tracking Number:

## 9402611899560984740916

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:02 am on February 27, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
February 27, 2025, 4:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
February 22, 2025, 11:26 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 22, 2025, 8:37 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 5:52 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 11:37 pm

**Accepted at USPS Origin Facility**

Feedback

WASHINGTON, DC 20044
February 21, 2025, 10:22 pm

**Shipping Label Created, USPS Awaiting Item**

WASHINGTON, DC 20044
February 20, 2025, 4:55 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Elon Musk, in his official capacity

was received by me on *(date)*    February 28, 2025    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,
OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  February 28, 2025

/s/ *Nikhel S. Sus*
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ❯

**Remove** ✕

**Tracking Number:**

## 9402611899560984775956

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:11 am on February 28, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
February 28, 2025, 4:11 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20500
February 23, 2025, 9:54 am

**Arrived at Hub**

WASHINGTON, DC 20018
February 23, 2025, 8:57 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 12:34 am

**Accepted at USPS Origin Facility**

WASHINGTON, DC 20044
February 21, 2025, 11:19 pm

**Shipping Label Created, USPS Awaiting Item**

WASHINGTON, DC 20044
February 20, 2025, 4:58 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                     ⌄

---

**Product Information**                                                     ⌄

---

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
| --- |

FOIA Summons (1/13) (Page 2)

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Russell Vought, in his official capacity as Director of OMB

was received by me on *(date)* February 27, 2025      .

❑  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):* I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,
OMB, Russell Vought, and the U.S. DOGE Service.                                      .

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  February 28, 2025

*/s/ Nikhel S. Sus*
_____
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
_____
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O Box 14596
Washington, DC 20044
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ›

**Remove** ✕

Tracking Number:

## 9402611899560984799556

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:02 am on February 27, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
February 27, 2025, 4:02 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
February 22, 2025, 11:26 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 22, 2025, 8:38 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 11:38 pm

● **Accepted at USPS Origin Facility**
WASHINGTON, DC 20044
February 21, 2025, 10:23 pm

● **Shipping Label Created, USPS Awaiting Item**

Feedback

WASHINGTON, DC 20044
February 20, 2025, 5:01 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                       ⌄

---

**Product Information**                                                        ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Archives and Records Administration

was received by me on *(date)* February 24, 2025 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent a copy of the summons and complaint by certified mail on February 20, 2025, to Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC, OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 28, 2025

/s/ *Nikhel S. Sus*
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ›

**Remove** ✕

Tracking Number:

## 9402611899560984798917

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:11 am on February 24, 2025 in WASHINGTON, DC 20408.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20408
February 24, 2025, 7:11 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20408
February 23, 2025, 9:34 am

● **Arrived at Hub**
WASHINGTON, DC 20018
February 23, 2025, 9:03 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 23, 2025, 2:12 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 12:46 am

● **Accepted at USPS Origin Facility**

Feedback

WASHINGTON, DC 20044
February 21, 2025, 11:31 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20044
February 20, 2025, 5:02 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marco Rubio, in his official capacity as Acting Archivist of the U.S.

was received by me on *(date)*  February 27, 2025  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,
OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  February 28, 2025                               */s/ Nikhel S. Sus*
                                                      *Server's signature*

                                          Nikhel S. Sus, Deputy Chief Counsel
                                                   *Printed name and title*

                                    Citizens for Responsibility and Ethics in Washington
                                                   P.O. Box 14596
                                                  Washington, DC 20044
                                                    *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ›

**Tracking Number:**                                              **Remove** ✕

## 9402611899560984791543

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:02 am on February 27, 2025 in WASHINGTON, DC 20408.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20408
February 27, 2025, 7:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20408
February 26, 2025, 11:37 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 26, 2025, 10:10 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 12:38 am

**Accepted at USPS Origin Facility**
WASHINGTON, DC 20044
February 21, 2025, 11:23 pm

**Shipping Label Created, USPS Awaiting Item**

WASHINGTON, DC 20044
February 20, 2025, 5:04 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, in her official capacity as Attorney General

was received by me on *(date)* February 24, 2025 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,
OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 28, 2025

/s/ *Nikhel S. Sus*
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ›

**Tracking Number:**                                          **Remove** ✕

## 9402611899560984721502

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:08 am on February 24, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 24, 2025, 5:08 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
February 22, 2025, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 22, 2025, 9:29 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 5:52 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 21, 2025, 11:34 pm

**Accepted at USPS Origin Facility**

WASHINGTON, DC 20044
February 21, 2025, 10:19 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20044
February 20, 2025, 5:08 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Civil Action No. 25-cv-00511-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia

was received by me on *(date)*  February 24, 2025  .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  I sent a copy of the summons and complaint by certified mail on February 20, 2025, to
Elon Musk, Marco Rubio, Pamela Bondi, NARA, The U.S. Attorney's Office for DC,  .
OMB, Russell Vought, and the U.S. DOGE Service.

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  February 28, 2025

_____    */s/ Nikhel S. Sus*
*Server's signature*

Nikhel S. Sus, Deputy Chief Counsel
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9402611899560984720659

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:09 am on February 24, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 24, 2025, 5:09 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
February 23, 2025, 10:35 am

**Arrived at Hub**
WASHINGTON, DC 20018
February 23, 2025, 9:56 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 23, 2025, 2:12 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 22, 2025, 12:46 am

**Accepted at USPS Origin Facility**

Feedback

WASHINGTON, DC 20044
February 21, 2025, 11:31 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20044
February 20, 2025, 5:06 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**