IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00511-CRC |

**SUPPLEMENTAL DECLARATION OF JONATHAN E. MAIER**

I, JONATHAN E. MAIER, hereby declare as follows:

1. I am Senior Litigation Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. On February 20, 2025, CREW filed the instant lawsuit and a motion for preliminary injunction, along with my declaration and accompanying exhibits. I make this supplemental declaration based on my personal knowledge, through consultation with my colleagues at CREW and review of CREW's files, and through correspondence with employees of Sierra Club and employees of other organizations that have submitted FOIA requests to defendants.

2. On January 24, 2025, 9:56 am, CREW contacted the OMB FOIA Requester Service Center via telephone, to inquire about sending a FOIA request specifically to the newly-established U.S. DOGE Service ("USDS"). OMB FOIA Requester Service Center replied that because there was no other procedure in place to submit a FOIA to USDS at the time, CREW should send its request to ombfoia@omb.eop.gov.

3.     On January 24 and to date, USDS.gov remained the website for the United States Digital Service. A true and correct copy of a screen capture of USDS.gov as of the date of filing is attached as Supplemental Exhibit A.

4.     On January 24, CREW unsuccessfully searched online for a USDS website, email address, phone number, or location to submit a FOIA request. CREW relied on the OMB FOIA Requester Service Center's guidance and submitted its FOIA request to USDS.

5.     On February 13, in response to an inquiry asking explicitly where to send FOIA requests to DOGE, USDS, and U.S. DOGE Service Temporary Organization, OMB directed the Sierra Club to submit such requests through ombfoia@omb.eop.gov. A true and correct copy of the email exchange between OMB and Sierra Club is attached as Supplemental Exhibit B.

6.     On February 19, CREW attached its FOIA requests and the related correspondence to an email to Defendants' counsel and sought their position on CREW's complaint and motion for preliminary injunction prior to filing, but received no substantive response before February 25, 2025. A true and correct copy of the email exchange between CREW and Defendants' counsel is attached as Supplemental Exhibit C.

7.     On February 25, 2025, the Office of Management and Budget ("OMB") sent CREW a letter that claimed that OMB FOIA professionals "do not recall agreeing to accept FOIA requests specifically on behalf of DOGE" and that they may have been confused about the USDS Request, a true and correct copy of which is attached by Defendants as ECF No. 10-2.

8.     OMB's letter was the first time that Defendants raised to CREW any issue with the USDS request or the Executive Office of the President's handling of it.

9.     To date, none of the other requesters in contact with CREW have received the same letter of correction from OMB.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025                           Respectfully submitted,

                                               */s/ Jonathan E. Maier*
                                               Jonathan E. Maier