# Supplemental Exhibit A

An official website of the United States government   Here's how you know



Apply    



# Using design and technology to deliver better services to the American people

Apply now

## We're solving big problems

Millions of people use federal government services every day. Too often, outdated tools and complex systems make these interactions cumbersome and frustrating.

To improve these services, USDS hires mission-driven professionals into term-limited 'tours of civic service.' By working alongside civil servants, they help address some of the most critical needs.

Learn about our mission

# Delivering a better government experience

Our small, highly empowered teams use their expertise to develop human-centered solutions to the federal government's most pressing technical challenges. Explore a few of our projects.

See all projects



**SOCIAL SECURITY ADMINISTRATION**

## Continuously improving SSA.gov

The Social Security Administration is building on the momentum from their partnership with the U.S. Digital Service by implementing iterative research, best practices, and a data-informed approach to ensure the website is usable and useful.

Learn more



**CROSS-AGENCY**

## Changing how the government hires technical talent

We helped develop a process that allows HR to leverage subject matter experts to evaluate candidates for specialized roles. The result restores fair and open access for all applicants, shortens the hiring timeline, and ensures applicants are truly qualified.

Learn more



**VETERANS AFFAIRS**

# Simplifying Veteran-facing services through VA.gov

Each month, over 10 million people attempt to access the digital tools and content at the Department of Veterans Affairs (VA) and have historically struggled to find what they're looking for. Digital modernization efforts needed to focus on improving the user experience.

Learn more

## We are a community

When you join USDS you become part of a vibrant, supportive group of humans. Check out our social media channels to see more USDS moments.

## We need you.
## Let's help millions of people together.

Apply now



**ABOUT USDS**

Contact us

2024 Impact Report

Press sheet [PDF, 2 pages]

Hiring FAQ

**RESOURCES**

Digital Services Playbook

Discovery Sprint Guide

TechFAR Hub

U.S. Web Design System

**FOLLOW US**