UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DOGE SERVICE,** et al.,<br><br>Defendants. | Case No. 25-cv-511 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [2] Plaintiff's Motion for Preliminary Injunction is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that CREW's request for a preliminary injunction directing OMB and USDS to process the three requests at issue by March 10, 2025, is **DENIED**; it is further

**ORDERED** that CREW's request for a preliminary injunction requiring expedited processing of the USDS request is **GRANTED**; it is further

**ORDERED** that OMB and USDS provide an estimate of the volume of responsive records to CREW's FOIA requests by March 20, 2025; it is further

**ORDERED** that the parties meet and confer regarding a proposed processing and production timeline and file a joint status report proposing a schedule for expedited processing and rolling production of responsive records by March 27, 2025; and it is further

**ORDERED** that OMB and USDS preserve all records that may be responsive to CREW's FOIA requests.

**SO ORDERED**.

                                                                                                                           CHRISTOPHER R. COOPER
                                                                                                                           United States District Judge

Date:  <u>March 10, 2025</u>