UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>        Plaintiff,<br><br>   v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>        Defendants. | Case No. 1:25-cv-00511 |

**[Proposed] Order**

Upon consideration of the United States DOGE Service's (USDS) Motion for Reconsideration, and the entire record herein, ECF No. ___, it is hereby

**ORDERED** that the motion for reconsideration is GRANTED;

and it is further

**ORDERED** that the portions of this Court's March 10, 2025 opinion and order requiring expedited processing of the USDS request, requiring USDS to provide an estimate of the volume of responsive records to CREW's FOIA request directed to it by March 20, 2025, and requiring USDS to propose a schedule for expedited processing and rolling production of responsive records by March 27, 2025 are vacated.

SO ORDERED.

Date: _____  _____

Hon. Christopher R. Cooper
United States District Judge