UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, Plaintiff, v. U.S. DOGE SERVICE, *et al.*, Defendants. | Case No. 1:25-cv-00511 |

**[Proposed] Order**

It is hereby **ORDERED** that the following schedule shall govern briefing on the United States' DOGE Service's (USDS) forthcoming motion for summary judgment.

USDS shall file its motion on or before March 19, 2025.

Plaintiff Citizens for Responsibility and Ethics in Washington shall file its opposition to USDS's motion on or before March 24, 2025.

USDS may file a reply in support of its motion on or before March 26, 2025.

**IT IS FURTHER ORDERED** that the portions of this Court's March 10, 2025 opinion and order requiring expedited processing of the USDS request, requiring USDS to provide an estimate of the volume of responsive records to CREW's FOIA request directed to it by March 20, 2025, and requiring USDS to propose a schedule for expedited processing and rolling production of responsive records by March 27, 2025 are hereby stayed or otherwise extended until the Court decides the motion for reconsideration and motion for summary judgment or until further order of the undersigned.

SO ORDERED.

Date: _____ _____

Hon. Christopher R. Cooper
United States District Judge