# Exhibit A



Jon Maier <jmaier@citizensforethics.org>

## Re: CREW FOIA Request

**admin** <admin@doge.eop.gov>  Thu, Mar 6, 2025 at 8:34 PM
To: "jmaier@citizensforethics.org" <jmaier@citizensforethics.org>

Dear Mr. Maier:

We are writing in reference to the Freedom of Information Act (FOIA) request that you submitted on behalf of the Center for Responsibility and Ethics in Washington (CREW) to the Office of Management and Budget (OMB) on January 24, 2025. That FOIA request sought information from the United States DOGE Service (USDS).

As set forth in Executive Order 14158, Establishing and Implementing the President's "Department of Government Efficiency," USDS sits within the Executive Office of the President, and the USDS Administrator reports to the President's Chief of Staff. Accordingly, OMB forwarded your request to USDS on February 26, 2025. We write now to inform you that USDS is subject to the Presidential Records Act, 44 U.S.C.S. § 2201 *et seq*., and is not subject to FOIA. We therefore decline your request.