UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>          Plaintiff,<br><br>    v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>          Defendants. | Case No. 1:25-cv-00511 |

**MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS AGAINST THE UNITED STATES DOGE SERVICE, AMY GLEASON, AND ELON MUSK**

Defendants United States DOGE Service (USDS), Amy Gleason, in her official capacity as Administrator of USDS, and Elon Musk, in his official capacity,[1] respectfully move for summary judgment as to the claims against them pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 7(h). The reasons for this motion are set forth in the attached Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Material Facts as to Which There Is No Genuine Issue, the Declaration of Amy Gleason, and Exhibit A to the Declaration of Andrew M. Bernie. A proposed order is also attached.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

---

[1] Plaintiff's Complaint brings claims against "John Doe" in their official capacity as Administrator of USDS. We construe these claims as claims against Administrator Gleason. In addition, as explained in Defendants' memorandum in support, Mr. Musk does not work for USDS and, to the extent CREW purports to bring claims against Mr. Musk in his official capacity as a White House Advisor, any such claim is beyond the scope of the Freedom of the Information Act and the Federal Records Act

1

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

<u>/s/ Andrew M. Bernie</u>
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*