UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>            Plaintiff,<br><br>       v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>            Defendants. | Case No. 1:25-cv-00511 |

### DECLARATION OF ANDREW M. BERNIE

I, ANDREW M. BERNIE, declare as follows:

1. I am a trial attorney with the Department of Justice and represent Defendants in this action. I make this declaration based on my personal knowledge and through consultation with my colleagues at the Department of Justice.

2. Attached as Exhibit A to this declaration is a true and correct copy of a declaration filed on February 17, 2025, by the Director of the Office of Administration in *New Mexico et al. v. Musk et al.*, No. 1:25-cv-00429-TSC (D.D.C.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2025Respectfully submitted,

/s/ Andrew M. Bernie

Andrew M. Bernie

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NEW MEXICO, et al.

    *Plaintiffs,*

v.

ELON MUSK, in his official capacity, et al.,

    *Defendants.*

Case No. 1:25-cv-00429

## DECLARATION OF JOSHUA FISHER

I, Joshua Fisher, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I make these statements based on personal knowledge and knowledge obtained in the course of my official duties.

2. I am the Director of the Office of Administration. I have held that position since January 20, 2025. In that capacity, I am personally involved in the appointment of special government employees. I have personal knowledge of Mr. Elon Musk's employment status with the federal government.

3. Mr. Musk is an employee of the White House Office. He holds that position as a non-career Special Government Employee ("SGE").

4. In that job, Mr. Musk is a Senior Advisor to the President. It is not uncommon for the President to have Senior Advisors who are SGEs. For instance, Anita Dunn was an influential Senior Advisor to President Biden, while serving as an SGE.

5. In his role as a Senior Advisor to the President, Mr. Musk has no greater authority than other senior White House advisors. Like other senior White House advisors, Mr. Musk has no

1

actual or formal authority to make government decisions himself. Mr. Musk can only advise the President and communicate the President's directives.

6. The U.S. DOGE Service is a component of the Executive Office of the President. The U.S. DOGE Service Temporary Organization is within the U.S. DOGE Service. Both are separate from the White House Office. Mr. Musk is an employee in the White House Office. He is not an employee of the U.S. DOGE Service or U.S. DOGE Service Temporary Organization. Mr. Musk is not the U.S. DOGE Service Administrator.

Dated: Washington, D.C.
February 17, 2025

*[signature]*

Joshua Fisher
Director
Office of Administration