UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>   Plaintiff,<br><br>  v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>   Defendants. | Case No. 1:25-cv-00511 |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h)(1), Defendants United States DOGE Service (USDS), Amy Gleason, in her official capacity as Administrator of USDS,[1] and Elon Musk, in his official capacity, state the following facts as to which there is no material issue:

  1.  USDS's functions and responsibilities are set forth in a series of Executive Orders and a presidential memorandum. Those sources are: Executive Order 14,158, 90 Fed. Reg. 8441 (Jan. 20, 2025); Executive Order 14,170, 90 Fed. Reg. 8621 (Jan. 20, 2025); Executive Order 14,210, 90 Fed. Reg. 9669 (Feb. 11, 2025); Executive Order 14,218, 90 Fed. Reg. 10,581 (Feb. 19, 2025); Executive Order 14,219, 90 Fed. Reg. 10583 (Feb. 19, 2025); Executive Order 14,222, 90 Fed. Reg. 11095 (Feb. 26, 2025); and Presidential Memorandum, *Hiring Freeze*, available at https://www.whitehouse.gov/presidential-actions/2025/01/hiring-freeze/. These sources are subject to judicial notice and speak for themselves.

---

[1] Plaintiff's Complaint brings claims against "John Doe" in their official capacity as Administrator of USDS. We construe these claims as claims against Administrator Gleason.

2. Cumulatively, these orders and memorandum set forth the responsibilities assigned to USDS, the U.S. DOGE Service Temporary Organization, agency DOGE Teams, and agency DOGE Team Leads. Declaration of Amy Gleason (Gleason Decl.) ¶ 25.

3. As an entity created by Executive Order, USDS has no other independent sources of legal authority. *Id.*

4. On January 24, 2025, CREW submitted, through OMB, a FOIA request to USDS. Maier Decl. Ex. D.

5. In a February 25 letter to CREW, OMB explained that, because USDS is not housed within OMB, it was administratively closing the FOIA Request within OMB. ECF No. 10-1.

6. Although OMB is not required to forward misdirected requests outside OMB, it nonetheless forwarded the USDS Request to USDS given the extenuating circumstances. *Id.*

7. On January 15, 2025, CREW sent a letter to the National Archives and Records Administration (NARA) as well as OMB demanding that NARA and OMB "investigate the potential unauthorized destruction of federal or presidential records." Maier Decl. Ex. M at 2.

8. On January 27, 2025—after the new Administration took office—CREW again sent a letter to NARA and OMB (as well as USDS). Maier Decl. Ex. N.

9. CREW filed this lawsuit on February 20, 2025, asserting claims under the Federal Records Act and Freedom of Information Act against all Defendants. ECF No. 1 ¶¶ 107-128.

10. Elon Musk does not work at USDS. Gleason Decl. ¶ 6.

11. Elon Musk does not report to the USDS Administrator and the USDS Administrator does not report to him. *Id.*

12. Elon Musk is a Senior Advisor to the President and an employee within the White House Office. Declaration of Andrew M. Bernie, Exhibit A ¶¶ 3-5.

13. As of today, USDS has approximately 79 directly appointed employees and 10 employees detailed from other agencies. Gleason Decl. ¶ 12.

14. USDS has no formal front office or organizational chart reflecting its current composition. *Id.* ¶ 13.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ Andrew M. Bernie
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*