UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>　　　　　Defendants. | Case No. 1:25-cv-00511 |

**NOTICE AS TO DEFENDANT OFFICE OF MANAGEMENT AND BUDGET
CONCERNING ESTIMATE OF VOLUME OF RESPONSIVE RECORDS**

Pursuant to the Court's Order dated March 10, 2025, Defendant Office of Management and Budget (OMB)[1] provides this estimate of the volume of records responsive to the two Freedom of Information Act Requests submitted to OMB that are at issue in this case, as narrowed in Attachment A to Plaintiff's reply brief in support of their motion for a preliminary injunction.[2] OMB has worked diligently to compile a volume estimate, including by conducting several searches. OMB cautions, however, that this estimate is preliminary, and that OMB has not yet been able to conduct a review for responsiveness, duplication, or a determination of whether potentially responsive records are actually agency records. With those caveats, OMB provides the following preliminary volume estimate: 105,043 documents.

---

[1] In its order denying the United States DOGE Service's (USDS) motion for reconsideration, the Court stated that USDS could have until March 27, 2025 to provide this volume estimate.

[2] Counsel for Plaintiff has informed counsel for OMB that, although Plaintiff is not withdrawing the remainder of the requests to OMB, for purposes of complying with the Court's March 10 order, CREW is only seeking from OMB the documents identified as "high-priority" in that attachment.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

/s/ Andrew M. Bernie
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*