IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00511-CRC |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Upon consideration of Plaintiff's motion for expedited discovery, Defendants' response, and Plaintiff's reply, it is hereby:

**ORDERED** that Plaintiff's Motion for Expedited Discovery is **GRANTED**; and Defendants must:

Serve responses and objections to Plaintiff's Discovery Requests within 7 days of the date of this order;

Produce all responsive documents within 14 days of the date of this order; and

Complete all depositions within 10 days from the deadline for producing documents.

It is further **ORDERED** that all briefing on Defendants' pending motion for partial summary judgment, ECF No. 24, is **STAYED** pending completion of expedited discovery.

**SO ORDERED.**

Date: _____                    _____
                                         Hon. Christopher R. Cooper
                                         United States District Judge