UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>        Plaintiff,<br><br>        v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>        Defendants. | Case No. 1:25-cv-00511 |

**NOTICE AS TO DEFENDANT USDS**
**CONCERNING ESTIMATE OF VOLUME OF RESPONSIVE RECORDS**

Pursuant to the Court's Orders dated March 10, 2025 and March 19, 2025, Defendant United States DOGE Service (USDS) provides this estimate of the volume of records responsive to the Freedom of Information Act Request directed to it, as narrowed in Attachment A to Plaintiff's reply brief in support of their motion for a preliminary injunction. USDS cautions that this estimate is preliminary, and that USDS has not yet been able to conduct a review for responsiveness, and deduplication; and USDS maintains its position that no records are subject to release under FOIA because USDS is not an agency subject to FOIA. With those caveats, USDS provides the following preliminary volume estimate: approximately 58,000 documents.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

/s/ Andrew M. Bernie
Andrew M. Bernie
Trial Attorney

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*