UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>        Plaintiff,<br><br>    v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>        Defendants. | Case No. 1:25-cv-00511 |

**MOTION BY DEFENDANT OFFICE OF MANAGEMENT AND BUDGET FOR A ONE-DAY EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Defendant Office of Management and Budget (OMB) respectfully requests a one-day extension of today's deadline for the joint status report proposing a schedule for OMB's expedited processing and rolling production of responsive records. *See* ECF No. 18. Due to technical system problems, undersigned counsel has not had access to his Civil Division workspace—including his Civil Division email and files—since roughly 8:00 am this morning. As a result of these problems, undersigned counsel has had significant difficulties conferring with his client and colleagues, and preparing OMB's position on processing and production. Undersigned counsel apologizes for the inconvenience.

Undersigned counsel consulted with counsel for Plaintiff, who consents to the requested relief.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

1

/s/ Andrew M. Bernie
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*

2