UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>　　　　　Defendants. | Case No. 1:25-cv-00511 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISCOVERY MOTION**

Defendants respectfully move for a brief extension of time to file a response to Plaintiff Citizens for Responsibility and Ethics in Washington's (CREW) motion for expedited discovery, from April 3, 2025, to April 8, 2025.

CREW's proposed discovery includes thirteen proposed interrogatories, eleven proposed requests for admission, fourteen proposed requests for production of documents, as well as three proposed depositions, including a Rule 30(b)(6) deposition with five proposed topics. On April 1, 2025, Counsel for Defendants and counsel for CREW conferred at length about CREW's discovery requests and plan to confer again later this week. Although Defendants maintain their position that no discovery is needed to rule on the pending summary judgment motion, the requested extension will allow the parties to continue these discussions and hopefully narrow the disputed issues before Defendants file their response to CREW's motion.

Undersigned counsel consulted with counsel for CREW, who consents to the requested relief.

1

Dated: April 2, 2025                                   Respectfully submitted,

Respectfully submitted,

                                                      YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*