UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>　　　　　Defendants. | Case No. 1:25-cv-00511 |

## MOTION FOR STAY OF APRIL 15, 2025 ORDER PENDING PETITION FOR WRIT OF MANDAMUS

The United States DOGE Service (USDS) respectfully moves for a stay of the Court's April 15, 2025 Order (ECF No. 38), pending the D.C. Circuit's disposition of the mandamus petition USDS expects to file tomorrow. The grounds for this motion are set forth in the attached memorandum in support. A proposed order is also attached.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　Deputy Branch Director, Federal Programs Branch

　　　　　　　　　　　　　　　　/s/ Andrew M. Bernie
　　　　　　　　　　　　　　　　Andrew M. Bernie
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　(202) 353-7203
　　　　　　　　　　　　　　　　andrew.m.bernie@usdoj.gov

　　　　　　　　　　　　　　　　*Attorneys for Defendants*