UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br>            Plaintiff,<br><br>      v.<br><br>U.S. DOGE SERVICE, *et al.*,<br>            Defendants. | Case No. 1:25-cv-00511 |

**[Proposed] Order**

Upon consideration of the United States DOGE Service's (USDS) motion for a stay, it is hereby ordered that the motion is granted, and this Court's April 15, 2025 Order (ECF No. 38) is hereby stayed pending the D.C. Circuit's disposition of USDS's forthcoming mandamus petition.

SO ORDERED.

Date: _____  _____

Hon. Christopher R. Cooper
United States District Judge