IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DOGE SERVICE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00511-CRC |

[Proposed] Order

Upon consideration of Plaintiff's motion for modification of discovery schedule and denial of stay motion as moot, ECF No. ___, it is hereby:

**ORDERED** that [39] Defendants' Motion to Stay is denied as moot; it is further

**ORDERED** that Defendants:

Serve responses and objections to Plaintiff's Discovery Requests in accordance with [38] the Court's Opinion and Order of April 15, 2025 within 7 days of the date of this order;

Produce all responsive documents within 14 days of the date of this order; and it is further

**ORDERED** that all depositions be completed within 10 days from the deadline for producing documents.

Should Defendants seek and obtain any stay from the Supreme Court, it is

**ORDERED** that Defendants comply with the discovery schedule set forth above upon denial or dissolution of any stay issued by the Supreme Court without further order of this Court.

SO ORDERED.

Date: 5/20/25

Hon. Christopher R. Cooper
United States District Judge