# Supreme Court of the United States

No. 24A1122

U.S. DOGE SERVICE, ET AL.,

Applicants

v.

CITIFENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicants and the response filed thereto,

IT IS ORDERED that the April 15, 2025, and May 20, 2025 orders of the United States District Court for the District of Columbia, case No. 25-cv-511, are hereby stayed pending further order of the undersigned or of the Court.

/s/   John G. Roberts, Jr.
Chief Justice of the United States

Dated this 23rd
day of May 2025.