UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00511 |

**JOINT MOTION TO MODIFY JULY 15 ORDER**

Yesterday, following issuance of the D.C. Circuit's per curiam order directing modification of this Court's April 15, 2025 discovery order, *see In Re U.S. DOGE Service, et al.*, No. 25-5130 (D.C. Cir.), Document #2125341, this Court issued an order directing that Defendants serve responses and objections to Plaintiff's remaining discovery requests by July 22, produce all documents responsive to Plaintiff's remaining discovery requests by July 29, and that all depositions be completed by August 8. *See* July 15 Minute Order. The parties agree that this Order must be modified because the discovery order, as modified at the direction of the D.C. Circuit, remains stayed by the Supreme Court. The Supreme Court's June 6, 2025 order directs that "[t]he April 15, 2025, and May 20, 2025, orders of the United States District Court for the District of Columbia, case No. 25-cv-511, are stayed pending remanded consideration at the Court of Appeals, *and disposition of the petition for a writ of certiorari, if such writ is timely sought.*" *See* No. 24A1122 (S. Ct. Order dated June 6, 2025) (emphasis added). The Order goes on to state that "[s]hould the petition for a writ of certiorari be denied, this stay shall terminate automatically. In

1

the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court." *Id.*

Accordingly, the parties respectfully request that the Order be amended to state as follows:

In light of the Per Curiam Order filed on July 14, 2025, in *In Re U.S. DOGE Service, et al.*, Appeal No. 25-5130, the Court's [38] April 15, 2025 Opinion and Order is hereby modified as follows: Interrogatories Nos. 6 and 8 and Requests for Admission Nos. 2, 4, 6, 8, and 10 are excluded. In accordance with the Supreme Court's June 6, 2025 Order, the discovery schedule set forth in this Court's May 20, 2025 Order [42] shall remain stayed pending disposition of any petition for a writ of certiorari, if such writ is timely sought. The previously-ordered discovery schedule will go into effect without further order of this Court if a writ of certiorari is not timely sought or if such writ is denied.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

<u>/s/ Andrew M. Bernie</u>
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendants*

<u>/s/ Nikhel S. Sus</u>
Nikhel S. Sus (D.C. Bar No. 1017937)
Jonathan E. Maier* (D.C. Bar No. 1013857)
Lauren C. Bingham* (Fl. Bar No. 105745)
John B. Hill* (N.Y. Bar No. 5505508)
Donald K. Sherman* (D.C. Bar No. 90031810)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org

\* Admitted *pro hac vice*

*Attorneys for Plaintiff*