UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,
        Plaintiff,

v.

U.S. DOGE SERVICE, *et al.*,
        Defendants.

Case No. 1:25-cv-00511

**Order**

Upon consideration of the parties' Joint Motion to Modify this Court's July 15, 2025 Minute Order, and the entire record herein, ECF No. 48, it is hereby

**ORDERED** that the motion is GRANTED;

and it is further

**ORDERED** that the Court's July 15 Order is MODIFIED to provide as follows:

In light of the Per Curiam Order filed on July 14, 2025, in *In Re U.S. DOGE Service, et al.*, Appeal No. 25-5130, the Court's [38] April 15, 2025 Opinion and Order is hereby modified as follows: Interrogatories Nos. 6 and 8 and Requests for Admission Nos. 2, 4, 6, 8, and 10 are excluded. In accordance with the Supreme Court's June 6, 2025 Order, the discovery schedule set forth in this Court's May 20, 2025 Order [42] shall remain stayed pending disposition of any petition for a writ of certiorari, if such writ is timely sought. The previously-ordered discovery schedule will go into effect without further order of this Court if a writ of certiorari is not timely sought or if such writ is denied.

**SO ORDERED.**

Date: July 17, 2025

_____

Hon. Christopher R. Cooper
United States District Judge